# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN JOSEPH IACONO, Plaintiff | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, Defendant | : : : : | NO. 12-4282 |

FILED
JUN 28 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 28th day of June, 2013, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: (a) re-consider whether to accept the opinions of Debora Dolan-Blubaugh, LCSW, and Joseph S. Puleo, Jr. that, at best, Plaintiff can work in a sheltered workshop; and (b) pose hypothetical questions to the VE which include Dr. Puleo's opinion that Plaintiff is extremely limited in his ability to respond appropriately to work pressures.

BY THE COURT:

C. DARNELL JONES, II, J.